UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SAWYER,<br>Plaintiff.<br>v.<br>SCOTT SANBORN, et al.,<br>Defendants. | Case No. 17-cv-06447-WHA<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 93 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendants' motion to dismiss is GRANTED.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 9/10/2018

Susan Y. Soong, Clerk

Tracy Geiger

Tracy Geiger
Deputy Clerk

United States District Court
Northern District of California