```
                                                              FILED
          UNITED STATES COURT OF APPEALS
                                                              FEB 12 2019
               FOR THE NINTH CIRCUIT
                                                           MOLLY C. DWYER, CLERK
                                                            U.S. COURT OF APPEALS
```

| | |
|---|---|
| JEREMY SAWYER, | No. 18-16907 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-06447-WHA |
| v. | Northern District of California, San Francisco |
| SCOTT SANBORN; et al., | ORDER |
| Defendants-Appellees, | |
| and | |
| LENDINGCLUB CORPORATION, Nominal Defendant, | |
| Defendant. | |

Appellant's motion (Docket Entry No. 8) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7

SM/Pro Mo 2/4/2019